IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                    CHAPTER 13

HULAN & VIRGINIA CELESTIA DAWSON           CASE NO. 06-10566 NLJ

          Debtor(s).


COMPLETED
_____
                NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

     THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN

ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.   THE

FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT

(90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE

COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a)

AND 3011.


| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|------|-----------|-------|---------|--------|
| 03/01/2011 | 947567 | MERCY AFTER HOURS | PO BOX 268947 OKC, OK 73126-8947 | $        10.39 |


DATED: 06/14/2011


                    /s/ John Hardeman
                    _____

                    CHAPTER 13 TRUSTEE
                    P.O. BOX 1948
                    OKLAHOMA CITY, OK 73101
                    (405)236-4843

                              #334/LB